[No. 1140-41897-1.    Division One—Panel 1.    July 24, 1972.]

THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*, v. CLARENCE L. STONE *et al.*, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 702011, Frank Howard, J., entered June 17, 1970. *Affirmed* by unpublished opinion per Williams, J., concurred in by Horowitz, C.J., and Callow, J.

[No. 463-2.    Division Two.    July 28, 1972.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE L. SPEARS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 38993, Felix Rea, J., entered October 23, 1970. *Affirmed* by unpublished opinion per Petrie, C.J., concurred in by Pearson and Armstrong, JJ.

[No. 1055-1.    Division One—Panel 1.    July 31, 1972.]

THE STATE OF WASHINGTON, *Respondent*, v. HERBERT E. THOMAS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 55867, Donald L. Gaines, J., entered March 24, 1971. *Affirmed* by unpublished opinion per Callow, J., concurred in by Horowitz, C.J., and Williams, J.

[No. 1095-1.    Division One—Panel 1.    July 31, 1972.]

VIOLA MAE JOHNSON, *Appellant*, v. THE CITY OF SEATTLE, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 704963, George H. Freese, J., entered June 24, 1971. *Reversed* by unpublished opinion per Callow, J., concurred in by Horowitz, C.J., and Williams, J.